IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NATIONAL BLACK CHAMBER OF COMMERCE** | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:10-cv-01755-RMU |
| **US BLACK CHAMBER, INC.** | ) ) ) | |
| and | ) ) | |
| **Ronald Derrick Busby** | ) | |
| Defendants. | ) | |

### NOTICE OF CHANGE OF FIRM NAME

Please take note that the firm of B.L. Young Law LLC has changed its name to Hopkins & Young, LLC.  The address, telephone number, and facsimile number of the firm have not changed.  Lawyers' email addresses now use the extension "@hopkinsyounglaw.com" but otherwise remain unchanged.

Respectfully submitted,

Dated: April 27, 2011

/s/ Bryant L. Young
Bryant L. Young (USDC Bar No. 498743)
Julie A. Hopkins (DC Bar No. 974914)

HOPKINS & YOUNG, LLC
400 York Road, Suite 300
Towson, MD 21204-5113
Telephone: (410) 624-2707
Facsimile: (866) 941-5076
byoung@hopkinsyounglaw.com
jhopkins@hopkinsyounglaw.com

*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

    The undersigned counsel hereby certifies that on April 27, 2011, a true and correct copy of the foregoing was served via the Court's ECF system upon all registered users in this proceeding.

                              /s/ Bryant L. Young
                              Bryant L. Young