IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL BLACK CHAMBER OF COMMERCE ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 1:10-cv-01755-JDB |
| U.S. BLACK CHAMBER, INC. ) ) | |
| and ) ) | |
| RONALD DERRICK BUSBY ) | |
| Defendants. ) ) | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

The Parties, by and through their undersigned counsel, hereby file this Joint Motion to Dismiss with Prejudice pursuant to Federal Rule of Civil Procedure 41(a) and in support thereof, state as follows:

1. The Parties have reached settlement on all issues raised in this matter.

2. Dismissal of this case with prejudice is appropriate pursuant to Federal Rule of Civil Procedure 41(a).

3. The Parties request that the Court retain jurisdiction over this action for the limited purpose of enforcing the terms of the settlement agreement.

WHEREFORE, the Parties agree that an Order incorporating the terms of the settlement agreement and dismissing this case with prejudice is appropriate and respectfully request that the Court enter such Order.

RESPECTUFLLY SUBMITTED this 5th day of April, 2013.

/s/ Chadwick A. Jackson
Edward A. Pennington
(USDC Bar No. 422006)
Chadwick A. Jackson
(USDC Bar No. 479392)
Sean Phelan
SMITH, GAMBRELL & RUSSELL, LLP
1055 Thomas Jefferson St., N.W.
Washington, DC 20007
Tel.: (202) 263-4340
Fax: (202) 263-4348
epennington@sgrlaw.com
cjackson@sgrlaw.com
sphelan@sgrlaw.com

*Attorneys for Defendants*
*U.S. Black Chamber, Inc. and*
*Ronald Derrick Busby*

/s/ Julie Hopkins
Philip G. Hampton
(USDC Bar No. 460787)
HAYNES AND BOONE, LLP
1615 L St., N.W.
Suite 800
Washington, DC 20063
Tel.: (202) 654-4533
Fax: (202) 654-4270
phil.hampton@haynesboone.com

Julie Hopkins
PALMER, COOPER, HOPKINS, LLC
213 North Charles St.
Suite 250
Baltimore, MD 21021
Tel: (443) 955-5470
Fax: (202) 747-7674
jhopkins@palmercooper.com

Chun T. Wright
(USDC Bar No. 479496)
LAW OFFICE OF CHUN T. WRIGHT, PLLC
1425 K St., N.W.
Suite 350
Washington, DC 20005
Tel.: (202) 559-4300
Fax: (202) 747-7674
chun@ctwrightlaw.com

*Attorneys for Plaintiff and Counterclaim*
*Defendant National Black Chamber of*
*Commerce*

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on April 5, 2013, a true and correct copy of the foregoing was served via email and the Court's ECF system upon all registered users in this proceeding.

/s/  Julie Hopkins
Julie Hopkins

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL BLACK CHAMBER OF COMMERCE )<br>　　　Plaintiff, )<br> )<br>v. )<br> )<br>U.S. BLACK CHAMBER, INC. )<br> )<br>　　and )<br> )<br>RONALD DERRICK BUSBY )<br>　　　Defendants. )<br> ) | CIVIL ACTION NO. 1:10-cv-01755-JDB |

## PROPOSED ORDER

Upon consideration of the Parties' Joint Motion to Dismiss with Prejudice, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that this Court will retain jurisdiction over this action for the limited purpose of enforcing the terms of the settlement agreement; and is further ORDERED that the terms of the Settlement Agreement and Mutual Release signed by the Parties are incorporated in this ORDER; and it is further ORDERED that this action is DISMISSED with prejudice.

　　**SO ORDERED.**

Dated:_____　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　United States District Judge