UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL BLACK CHAMBER OF COMMERCE,**<br><br>Plaintiff,<br><br>v.<br><br>**U.S. BLACK CHAMBER, INC.** and **RONALD DERRICK BUSBY,**<br><br>Defendants. | Civil Action No. 10-1755 (JDB) |

## ORDER

Upon consideration of [64] the parties' Joint Motion to Dismiss with Prejudice, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**; it is further **ORDERED** that jurisdiction will remain in this Court for the limited purpose of enforcing the terms of the settlement agreement; and it is further **ORDERED** that this action is **DISMISSED with prejudice**.

SO ORDERED.

/s/
JOHN D. BATES
United States District Judge

Dated: April 8, 2013